IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID REYNOSO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue (filing 39) is denied as moot.

DATED this 16th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge